IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 8 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RUBEN DARIO PRADO-RIVERA § § Plaintiff, § § v. § § TOM RIDGE, Secretary, Department of § Homeland Security, and the § United States of America, § MARC MOORE, Field Office Director § Department of Homeland Security § JOHN ASHCROFT, Attorney General of § the United States, and § THE UNITED STATES OF AMERICA § § Defendants. § | CIVIL ACTION NO. M-04-098 |

## UNOPPOSED MOTION TO HOLD IN ABEYANCE
## AND
## STAY OF DEPORTATION

The issues raised by the Petitioner herein are identical or similar to those recently addressed in *Salazar-Regino v. Trominski*, No. CA B-02-045, and the cases that have been consolidated with it. *Salazar-Regino*, and the consolidated cases are now on appeal to the Fifth Circuit Court of Appeals, 03-41492. A final resolution of *Salazar-Regino*, 03-41492, and the consolidated cases on appeal likely would be controlling in this case.

The Parties further request that this Court stay the enforcement of any final order of removal in this case until otherwise ordered by this Court.

Therefore, in the interest of judicial economy, the parties respectfully submit that proceedings (including motion and pleading deadlines) in this case should be held in abeyance pending a final

resolution of *Salazar-Regino* and the consolidated cases and that the Court stay the enforcement of any final removal proceedings pending a final resolution of *Salazar-Regino* and the consolidated cases.. Furthermore, all deadlines that have been assigned thus far, should be given new dates in order to appropriately deal with the outcome of *Salazar-Regino v. Trominski*.

        Respectfully submitted,

        MICHAEL T. SHELBY
        United States Attorney
        Southern District of Texas

        STEVEN T. SCHAMMEL
        Assistant United States Attorney
        1701 W. Highway 83, Suite 600
        McAllen, TX 78550
        (956) 618-8010/FAX (956) 618-8016
        State Bar No. 24007990
        Federal I.D. No. 23180

cc:
    Ms. Lisa Putnam
    PO Box 1711
    Harlingen, TX 78551

## CERTIFICATE OF CONSULTATION

I hereby certify that the foregoing Motion to Hold in Abeyance and Stay of Deportation was discussed with opposing counsel and that opposing counsel is unopposed to the Motion.

STEVEN T. SCHAMMEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

Ms. Lisa Brodyaga
Refugio del Rio Grande
17891 Landrum Park Road
San Benito, Texas 78586

on this the ___ day of _____, 2004.

STEVEN T. SCHAMMEL
Assistant United States Attorney