IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RUBEN DARIO PRADO-RIVERA,<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§<br>§ | CIVIL ACTION NO.<br>B-04-098 |
| TOM RIDGE, Secretary, Department of<br>Homeland Security, and the<br>MARC MOORE, Field Office Director<br>Department of Homeland Security<br>and the<br>THE UNITED STATES OF AMERICA<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

United States District Court
Southern District of Texas
FILED

JUL 0 1 2004

Michael N. Milby
Clerk of Court

**AMENDED UNOPPOSED MOTION TO HOLD IN ABEYANCE AND
STAY OF DEPORTATION**

The issues raised by the Petitioner herein are identical or similar to those recently addressed in *Salazar-Regino v. Trominski*, No. CA B-02-045, and the cases that have been consolidated with it. *Salazar-Regino*, and the consolidated cases are now on appeal to the Fifth Circuit Court of Appeals, 03-41492. A final resolution of *Salazar-Regino*, 03-41492, and the consolidated cases on appeal likely would be controlling in this case.

The Parties further request that this Court stay the enforcement of any final order of removal in this case until otherwise ordered by this Court.

Therefore, in the interest of judicial economy, the parties respectfully submit that proceedings (including motion and pleading deadlines) in this case should be held in abeyance pending a final resolution of *Salazar-Regino* and the consolidated cases and that the Court stay the enforcement of any final removal proceedings pending a final resolution of *Salazar-Regino* and the consolidated cases.. Furthermore, all deadlines that have been assigned thus far, should be given new dates in

order to appropriately deal with the outcome of *Salazar-Regino v. Trominski*.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

_____
STEVEN T. SCHAMMEL
Assistant United States Attorney
1701 W. Highway 83, Suite 600
McAllen, TX 78550
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24007990
Federal I.D. No. 23180

cc:   Lisa Putnam
      PO Box 1711
      Harlingen, Texas 78551

### CERTIFICATE OF CONSULTATION

I hereby certify that the foregoing Motion to Hold in Abeyance and Stay of Deportation was discussed with opposing counsel and that opposing counsel is unopposed to the Motion.

_____
STEVEN T. SCHAMMEL
Assistant United States Attorney