B-04CV-98   

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

United States D
Southern Distr
FIL

| | DATE 6/30/04 |
|---|---|
| Service of the Summons and Complaint was made by me¹ | AUG 0 2 2004 |
| NAME OF SERVER (PRINT) Lisa S. Brodyaga | TITLE Attorney |

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Cert. mail RRR _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/25/04
          Date            Signature of Server

REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586
(956)421-3226

Address of Server

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Ashcroft US Atty Gen
950 Penn. Ave NW
Rm 5111
Wash. DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No
JUN 3 0

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number (Transfer from service label)  7003 3110 0005 1126 2044

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540