IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United
Southern ... FILED

JAN 0 5 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RUBEN DARIO PRADO-RIVERA, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | B-04-098 |
| | § | |
| TOM RIDGE, Secretary, Department of | § | |
|    Homeland Security, and the | § | |
| MARC MOORE, Field Office Director | § | |
|    Department of Homeland Security | § | |
|    and the | § | |
| THE UNITED STATES OF AMERICA | § | |
|    Defendants. | § | |

## NOTICE OF SUBSTITUTION OF COUNSEL
## FOR THE UNITED STATES OF AMERICA

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, files its notice advising the Court that the undersigned is substituting as attorney-in-charge for the United States of America in the above-referenced cause in the stead of Assistant United States Attorney Stephen Thomas Schammel.

                                                Respectfully submitted,

                                                MICHAEL T. SHELBY
                                                UNITED STATES ATTORNEY

                                                RENE BENAVIDES
                                                Assistant United States Attorney
                                                1701 W. Highway 83 #600
                                                McAllen, TX 78550
                                                (956) 618-8010/FAX (956) 618-8016
                                                State Bar No. 24025248
                                                Federal I.D. No. 26215

## CERTIFICATE OF SERVICE

I hereby certify that a true and a correct copy of the foregoing Notice of Substitution of Counsel for the United States of America was mailed via First-Class Mail to the following:

Ms. Lisa Brodyaga
Refugio del Rio Grande
17891 Landrum Park Road
San Benito, Texas 78586

on this the 4 day of January 2005.

RENE BENAVIDES
Assistant United States Attorney

cc: Ms. Lisa Putnam
BICE - Law Department
PO Box 1711
Harlingen, TX 78551