IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RUBEN DARIO PRADO-RIVERA<br>　　Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO.<br>B-04-98 |
| TOM RIDGE and MARC MOORE<br>　　UNITED STATES<br>　　DEPT OF HOMELAND<br>　　SECURITY, and<br>THE UNITED STATES OF AMERICA<br>　　Respondents. | §<br>§<br>§<br>§<br>§<br>§ | |

**ORDER TO TRANSFER**

The Defendants' opposed motion to transfer is GRANTED. This case is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, Section 106. The clerk shall transmit the file forthwith.

　　Signed on _____, 2005.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge