**COPY**



United States District Court
Southern District of Texas
FILED

JUL 1 2 2005

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
Office of The Clerk
600 E Harrison
Brownsville, Texas 78520

MICHAEL N. MILBY
CLERK OF COURT

RE: **CA B-04-098**
**Ruben Dario Prado-Rivera**
vs.
**Tom Ridge, et al**

Dear Sirs:

Enclosed is a certified copy of an order filed **June 20, 2005** transferring the above case to the U.S. Court of Appeals for the Fifth Circuit.

We are transmitting the entire original case file along with the certified copy of the transfer order and certified copy of the docket sheet.

Please acknowledge receipt of the enclosures by executing the receipt below, returning us a copy.

Yours very truly,
MICHAEL N. MILBY, CLERK

BY: _____
Rebecca Piñales, Deputy Clerk

U.S. COURT OF APPEALS
RECEIVED
JUN 2 8 2005
NEW ORLEANS, LA.

cc: Counsel of Record

RECEIVED AND FILED UNDER CIVIL CASE NO. **05-60593**
ON **6/28/05**.

CLERK, U.S. District Court
BY: _____
Deputy Clerk